FILED
·SUPERIOR COURT
OF GUAM

2014 MAR 25 PM 4: 10

CLERK OF COURT
BY:___

## IN THE SUPERIOR COURT OF GUAM

FRANCISCO JUNIOR TENORIO CAMACHO, et al., )

                    Plaintiffs, )

     vs. )

VINCENT REYES, et al., )

                 Defendants. )

Civil Case no. CV0625-11

**DECISION AND ORDER**

This matter is before the Honorable Judge Michael J. Bordallo. Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, Defendant Vincent Reyes' Motion to Compel Discovery and Motion for Leave to File First Amended Answer Counterclaim and Third Party Complaint were taken under advisement by the Court on March 25, 2014. Plaintiffs are represented by attorney Kristan K. Finney. Defendant Vincent Reyes (hereafter defendant) is represented by attorney Louie J. Yanza. Defendant Smithbridge Guam, Inc. is represented by attorney Thomas M. Tarpley. After having carefully considered, received, and reviewed the arguments papers, and the file herein the Court hereby issues this decision and order denying Defendant Reyes' requests.

### BACKGROUND

This case arises out of Plaintiffs' April 6, 2011, Complaint for damages. In it Plaintiffs complain of acts negligence which caused the death of Victoria Camacho on July 27, 2010 after she was struck by a dump truck.



On February 17, 2014 Defendant filed two papers. The first was entitled Motion for Leave to File First Amended Answer; Cross-Claim; and Third Party Complaint. The Second was entitled Motion to Compel Discovery. The first of these papers was not accompanied by a memorandum of points and authorities. In his second paper Defendant's memorandum requests that Plaintiffs be ordered to produce certain discovery documents. As a sanction for failing to produce them, Defendant requests that Plaintiffs be ordered to pay his reasonable attorney fees or that Plaintiffs' claims be stricken. In support of his request Defendant cites to Rule 37 of the Guam Rules of Civil Procedure and several cases from other jurisdictions interpreting similar rules. He asserts that on December 27, 2013 he made specific requests for the production of documents regarding Plaintiffs expert witness, Michael Aguon. He also asserts that on January 31, 2014 and February 6, 2014, he sent a letters to Plaintiffs' counsel to inquire whether the documents would be produced and requesting that they meet and confer about the production of the documents.

On March 17, 2014, Plaintiffs filed their opposition to Defendant's request to compel and sanction. In their opposition Plaintiffs assert that they responded to Defendant's December 27, 2013, second request for productions of documents on February 19, 2014. Having responded to Defendant's request the Plaintiffs argue the issue is moot.

Defendant did not file a reply to Plaintiffs' opposition papers.

## DISCUSSION

I.

Rule 7.1(c)(2) of the Local Rules of the Superior Court of Guam require that all motion requests made to the Court be accompanied by "a memorandum in support thereof containing the points and authorities upon which the moving party relies, including citations." Absent this the Court is unable to consider or grant the request. In this case Defendant failed to submit a

memorandum to support his Motion for Leave to File First Amended Answer; Cross-Claim; and Third Party Complaint. Accordingly the Court is unable to consider it.

**II.**

Rules 37 and 37.1 of the Guam Rules of Civil Procedure and the Local Rules of the Superior Court of Guam govern the filing and disposition of discovery disputes. GRCP 37, Super. Ct. Guam R. 37.1. The court's local rules proscribe orders compelling discovery unless the moving party has attempted in good faith to meet and eliminate the necessity for a hearing. *Id.* at 37.1(a). The rule places a duty upon the movant to arrange the meeting and that it be within a reasonable time. *Id.*

While it is possible that there are sufficient facts to support the relief requested, Defendant's motion neither cites to nor analyzes how his requests and letters fall with the mandates of the Guam rules. Absent this the Court is unable to grant the relief requested. Furthermore the facts asserted in the Parties' papers and Defendant's failure to reply to Plaintiffs assertions, cause the Court to conclude this matter has been resolved.

**CONCLUSION**

For the above reasons Defendant's motions are DENIED.

SO ORDERED, this 25th day of ___March___, 2014.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam